| AO-10 Rev. 1/96 | FINANCIAL DISCLOSURE REPORT NOMINATION | | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November (5 U.S.C. App. 6, 101-111) |
|---|---|---|---|
| 1. Person Reporting (Last name, first, middle initial) Bataillon, Joseph F. | 2. Court or Organization U.S.D.C. Nebraska | | 3. Date of Report 01/07/97 |
| 4. Title (Article III Judges indicate active or senior status; Magistrate Judges indicate full- or part-time) District Court Judge (Nominee) | 5. Report Type (check appropriate type) _X_ Nomination, Date 01/07/97 ___ Initial ___ Annual ___ Final | | 6. Reporting Period 01/01/95 - 01/01/97 |
| 7. Chambers or Office Address 7000 Spring Street Omaha, NE 68106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ | | Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions) | |
| Employee | Sodoro, Daly, & Sodoro |
| Delegate, House of Delegates | Nebraska State Bar Association |
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements) | |
| 1995 | 401(k) Plan Sodoro, Daly & Sodoro |
| 1996 | Sodoro, Daly & Sodoro 1996 Bonus |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 1996 | Sodoro, Daly & Sodoro, Wages | $ 125000.00 |
| 1995 | Omaha Visiting Nurse Association (S) | $ 0.00 |
| 1996 | Sodoro, Daly & Sodoro, Wages | $ 125000.00 |
| 1996 | Omaha Visiting Nurse Association (S) | $ 0.00 |
| | | $ |

Digitized by Google

## AFFIDAVIT

I, Joseph F. Bataillon, do swear that the information provided
this statement is, to the best of my knowledge, true and accurate.

_7 JAN 97_
(DATE)

_J. F. Bataill_
(NAME)

GENERAL NOTARY-State of Nebraska
SUSAN M. SPITZNAGEL
My Comm. Exp. Dec. 22, 2000

_Susan M. Spitznagel_
(NOTARY)

Digitized by Google

Transactions (Includes those of spouse)

| | | D | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|
| | | | | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | |
| | | | | | (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | T | | | |

Digitized by Google

**FINANCIA**

**IV. REIM**
(In
re

☐
1

**EXEMPT**
2

3

4

5

6

7

**V. OTH**
1

☒
1

2

3

4

**VI. LIA**
(
r

☐
1

Fi
2

3

4

5

6

7

☐ ·

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Bataillon, Joseph F. | Date of Report<br>01/07/97 |
|---|---|---|

**VIII. ADDITIONAL INFORMATION or EXPLANATIONS.** (Indicate part of Report.)

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bataillon, Joseph F. | 01/07/97 |

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 7, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date ___7 JAN 97___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. APP. 6, SECTION 104).

---

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Digitized by Google